FILED

Corwin D. Jackson
5121 Rosemead Blvd. Apt O
San Gabriel, CA 91776
619-723-3057
corwin.donte77@gmail.com

2012 NOV -5 PM 4:04

CLERK, U.S. ...
CENTRAL ...
... ANGELES

BY ___

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

CORWIN D. JACKSON,            )  Case No.: CV12-9478 DDP (SSx)
                              )
        Plaintiff,            )  COMPLAINT AND DEMAND FOR JURY
                              )  TRIAL
    vs.                       )  (Unlawful Debt Collection Practices)
                              )
CREDIT MANAGEMENT, LP,        )
                              )
        Defendant.            )

**VERIFIED COMPLAINT**

Corwin Jackson (Plaintiff) alleges the following against Credit Management, LP (Defendant).

**INTRODUCTION**

Count I of Plaintiff's Complaint is based on the Fair Credit Reporting Act, *15 U.S.C. § 1681 et seq.* (FCRA).

Count II of Plaintiff's Complaint is based on the Telephone Consumer Protection Act, *47 U.S.C. § 227 et seq.* (TCPA).



Count III of Plaintiff's Complaint is based on the Fair Debt Collections Practices Act, *15 U.S.C. §1692 et seq.* (FDCPA).

Count IV of Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code § 1788 et seq.* (RFDCPA).

## JURISDICTION

Jurisdiction of this court arises pursuant to *15 U.S.C. § 1681 p, 15 U.S.C. 1692 k(d), 47 U.S.C. § 227, 28 U.S.C. §1331, and Cal. Civ. Code § 1788.*

All conditions precedent to the bringing of this action have been performed.

## VENUE

The occurrences which give rise to this action occurred in L.A. County, California, and Plaintiff resides in L.A. county California.

Venue is proper in the Central District of California.

## PARTIES

Plaintiff is a natural person who resides in L.A. County, California.

The Defendant is Credit Management, LP. An unknown entity with offices at 4200 International Parkway Carrollton, Texas 75007-1912.

Defendant is a debt collector as that term is defined by *15 U.S.C. § 1692 a(6) and Cal. Civ. Code § 1788.2(c).*

Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, subrogees, sureties, representatives, and insurers.

Discovery of violations brought forth herein occurred in July 2012 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681 p.*

## FACTUAL ALLEGATIONS

Plaintiff obtained his consumer credit reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in the reports.

-2-

VERIFIED COMPLAINT

1. Plaintiff found after examination of his Trans Union consumer credit report that Defendant Credit Management, LP had obtained Plaintiff's Trans Union consumer credit report on February 24, 2012.
2. Defendant contacted Plaintiff at 619-723-3057.
3. Defendant contacted Plaintiff from 619-757-2359.
4. Plaintiff sent a dispute letter to the 3 major consumer credit reporting agencies on July 5 2012.
5. Plaintiff contacted Defendant and spoke to an employee of Credit Management, LP on July 16, 2012.
6. Defendant was told no debt was owed to Credit Management, LP and that they did not have permission to call and to cease calling said phone number. Calls continued on July 18, 2012.
7. Plaintiff sent a dispute letter on July 19, 2012 asking to validate debt. Letter was received by Credit Management, LP on July 23, 2012 according to USPS records.
8. Defendant did not send Plaintiff a debt validation letter.
9. Trans Union forwarded information about the Plaintiff's dispute to Credit Management, LP.
10. Plaintiff received a letter from Defendant dated August 24, 2012 stating, "This account has been removed from collections. A request was sent to the three national credit bureaus to have this account removed from your credit file. This account is closed with our office."
11. Plaintiff sent a notice to Credit Management, LP of their violations of the FCRA, TCPA, FDCPA, and the RFDCPA. This was in an effort to mitigate damages and reach a settlement agreement for their violations of these federal and state statutes before taking civil action against them. Plaintiff has not come to a satisfactory settlement agreement with Defendant regarding said notice.

## COUNT I

## DEFENDANT VIOLATED THE FAIR CREDIT REPORTING ACT

Counts I through IV are re-alleged as though fully set forth herein.

Plaintiff is a consumer within the meaning of the FCRA *15 U.S.C. § 1681 a(c)*.

1. Trans Union is a credit reporting agency within the meaning of the FCRA *15 U.S.C. § 1681 a(f)*. Consumer credit report is a consumer report within the meaning of the FCRA *15 U.S.C. § 1681 a(d)*.
2. The FCRA *15 U.S.C. § 1681b* defines the permissible purpose for which a person may obtain a consumer credit report.
3. Such permissible purposes as defined by *15 U.S.C. § 1681b* are generally, if the consumer makes application for employment, makes application for credit, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.
4. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant Credit Management, LP.
5. At no time did Plaintiff give his consent for Defendant to acquire his consumer credit report from any credit reporting agency.
6. The actions of Defendant obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful and knowing non-compliance violation of the FCRA *15 U.S.C. §1681b* and an egregious violation of Plaintiff's right to privacy.
7. At no time has Credit Management, LP ever indicated what justification they may have had for obtaining Plaintiff's credit report.
8. The Defendant had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's credit report and Defendant breached said duty by failing to do so.
9. There was no account that the Defendant had any right to collect to have had permissible purpose to obtain Plaintiff's credit report and therefore Plaintiff is entitled to damages for breach of said duty.
10. On February 24, 2012 Defendant obtained the Trans Union consumer credit report from the Plaintiff with no permissible purpose in violation of the FCRA *15 U.S.C. § 1681 b*.

VERIFIED COMPLAINT

Said actions thereby damaged Plaintiff by causing Plaintiff's credit score to decline resulting in Plaintiff being denied credit and having to pay high security deposits.

**WHEREFORE,** Plaintiff Corwin Jackson respectfully requests judgment be entered against Credit Management, LP for the following:

1. Statutory damages pursuant to *15 U.S.C. §1681 n.*
2. Actual damages.
3. Costs and reasonable attorneys' fees.
4. Any other relief that this Honorable Court deems appropriate.

## COUNT II

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. §227

Defendant violated the TCPA based on the following:

a. Defendant Credit Management, LP has demonstrated willful or knowing non-compliance with *47 U.S.C. § 227(b)(1)a* by using an automated telephone dialing system to call Plaintiff's number, which is assigned to a cellular telephone service.

b. Defendant Credit Management, LP called Plaintiff 40 times from June 16, 2012 to August 23, 2012. These are 40 separate violations of *47 U.S.C. § 227(b)(1)a* and Plaintiff is entitled to damages of $1500 per violation pursuant to *47 U.S.C. § 227(b)(3)(B)*. See EXIBIT A.

**WHEREFORE,** Plaintiff Corwin Jackson respectfully requests judgment be entered against Credit Management, LP for the following:

1. Statutory damages pursuant to *47 U.S.C. § 227(b)(3)(B)*.
2. Actual damages.
3. Costs and reasonable attorneys' fees.
4. Any other relief that this Honorable Court deems appropriate.

# Exhibit A

## DEBT COLLECTION CALL MANAGEMENT LOG

| DATE | TIME OF CALL | CALLER ID # | CALLER/COMPANY NAME | LIST COMMENTS OF WHAT WAS SAID AND DETAILS |
|---|---|---|---|---|
| SAT 16 Jun 12 | 5:36 pm | 619-757-2359 | Credit MGNT Svcs. (CMI) | Robo call / Automated Dialer / hang up |
| THURS 21 Jun 12 | 1:17 pm | same | same | same |
| FRI 22 Jun 12 | 5:21 pm | same | same | same |
| SAT 23 Jun 12 | 11:57 am | same | same | same |
| SUN 24 Jun 12 | 8:49 pm | same | same | same |
| TUES 26 Jun 12 | 11:26 am | same | same | same |
| THURS 28 Jun 12 | 3:32 pm | same | same | same |
| SAT 30 Jun 12 | 4:48 pm | same | same | same |
| TUES 03 Jul 12 | 12:10 pm | same | same | same |
| FRI 06 Jul 12 | 10:45 am | same | same | same |
| FRI 06 Jul 12 | 7:55 pm | same | same | same |
| SAT 07 Jul 12 | 6:35 pm | same | same | same |
| MON 09 Jul 12 | 11:19 am | same | same | same |
| MON 09 Jul 12 | 7:50 pm | same | same | same |
| WED 11 Jul 12 | 6:47 pm | same | same | same |
| FRI 13 July 12 | 10:22 am | same | same | same |
| FRI 13 July 12 | 7:27 pm | same | same | same |
| MON 16 July 12 | 12:04 pm | same | same | same |

Called back on July 16 @ 6:52 pm - spoke to Cecilia @ Credit Management Inc. Services

| Wed 18 Jul 12 | 11:47 am and 7:52 pm | same | same | same |

**Exhibit A.1**

## DEBT COLLECTION CALL MANAGEMENT LOG

| DATE | TIME OF CALL | CALLER ID # | CALLER/COMPANY NAME | LIST COMMENTS OF WHAT WAS SAID AND DETAILS |
|---|---|---|---|---|
| SAT Jul 21 | 4:01 pm | same | Credit Management (CMI) | RoboCall / Automated Dialer / hang up |
| Mon Aug 06 | 4:20p | same | CMI | hang up |
| Tues Aug 7 | 5:07p | same | CMI | hang up |
| Tues Aug 7 | 7:09p | same | CMI | hang up |
| Wed Aug 8 | 8:16 AM | same | CMI | hang up |
| Wed Aug 8 | 10:23 AM | same | CMI | hang up |
| Thurs Aug 9 | 2:10 pm | same | CMI | hang up |
| Fri Aug 10 | 7:25 pm | same | CMI | hang up |
| Fri Aug 10 | 4:33 am | same | CMI | hang up |
| Sat Aug 11 | 1:43 pm | same | CMI | hang up |
| Mon Aug 13 | 11:37 am | same | CMI | hang up |
| Tues Aug 14 | 11:45 am | same | CMI | hang up |
| Wed Aug 15 | 10:45 am | same | CMI | hang up |
| Friday Aug 17 | 1:32 pm | same | CMI | hang up |
| Mon Aug 20 | 9:44 am | same | CMI | hang up |
| Mon Aug 20 | 7:36 pm | same | CMI | hang up |
| Tues Aug 21 | 10:43 am | same | CMI | hang up |
| Wed Aug 22 | 8:27 pm | same | CMI | hang up |
| Thurs Aug 23 | 8:50 am | same | CMI | hang up |
| Thurs Aug 23 | 7:20 pm | same | CMI | hang up |

#26

#33

#38

#40

## COUNT III

## DEFENDANT VIOLATED THE FDCPA

Defendant violated the FDCPA based on the following:

a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's phone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

c. Defendant violated *§ 1692d(6)* of the FDCPA because Defendant engaged in placement of calls without meaningful disclosure of caller's identity each time Defendant hung up when Plaintiff answered.

d. Defendant violated FDCPA *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including:

e. The amount of the debt

f. The name of the creditor, to whom the debt is owed.

g. A statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector.

h. A statement that if the consumer notifies the debt collector in writing within the 30 day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector.

i. A statement that, upon the consumer's written request within the 30 day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

**WHEREFORE**, Plaintiff Corwin Jackson respectfully requests judgment be entered against Credit Management, LP for the following:

1. Statutory damages pursuant to the FDCPA *15 U.S.C. § 1692k*
2. Actual Damages.
3. Costs and reasonable attorneys' fees pursuant to the FDCPA *15 U.S.C. § 1692k*
4. Any other relief that this Honorable Court deems appropriate.

## COUNT IV

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

Plaintiff repeats and re-alleges all of the allegations in Count II of Plaintiff's complaint as well as the allegations in Count III of Plaintiff's complaint.

Defendant violated the RFDCPA based on the following:

a. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

b. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's phone to ring repeatedly and continuously as to annoy Plaintiff.

c. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without the disclosure of the caller's identity.

**WHEREFORE,** Plaintiff Corwin Jackson respectfully requests judgment be entered against Credit Management, LP for the following:

1. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act *Cal. Civ. Code §1788.30(b)*
2. Actual Damages.
3. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt
4. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff Corwin Jackson demands a jury trial in this case.

RESPECTFULLY SUBMITTED

DATED: November 5 2012

By: _____

-8-

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

Plaintiff, Corwin Jackson states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
3. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause any unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
4. I have filed this Complaint in good faith and solely for the purposes set forth in it.
5. Each and every exhibit I have attached to this Complaint is a true and correct copy of the original.
6. Except for clearly indicated redactions made by my attorney where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to *28 U.S.C. § 1746(2)*, I, Corwin Jackson, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
CORWIN JACKSON

DATE  Nov. 5, 2012

Name & Address: CREDIT MANAGEMENT, LP
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007-1912

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CORWIN D. JACKSON | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV12-9478 |
| v. | |
| CREDIT MANAGEMENT, LP | SUMMONS |
| DEFENDANT(S). | |

**FOR OFFICE USE ONLY**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __CORWIN D. JACKSON__, whose address is __5121 ROSEMEAD BLVD. APT O SAN GABRIEL, CA 91776__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __Nov. 5, 2012__     By: __CHRIS SAWYER__
                                      Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                    SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

### CV12- 9478 DDP (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
CORWIN D. JACKSON

**DEFENDANTS**
CREDIT MANAGEMENT, LP

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
CORWIN D. JACKSON

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of the FCRA (15 U.S.C. 1681 et seq.), FDCPA (15 U.S.C. 1692 et seq.) RFDCPA (Cal. Civ. Code 1788 et seq.), and TCPA (47 U.S.C. 227 et seq.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**CV12-9478**

FOR OFFICE USE ONLY:  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                                      CIVIL COVER SHEET                                                    Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | DENTON COUNTY |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date __Nov. 5, 2012__

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |