JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORWIN D. JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CREDIT MANAGEMENT LP,<br><br>        Defendant.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 12-09478 DDP (SSx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 27, 2012

                                                  DEAN D. PREGERSON<br>                                                  United States District Judge